IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al*.,<br><br>　　　　　　Debtors.<br><br>FREEDOM LENDER GROUP,<br><br>　　　　　　Appellants,<br><br>　　　　v.<br><br>FRANCHISE GROUP, INC., *et al*.<br><br>　　　　　　Appellees. | C.A. No. 24-cv-1394-JLH |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

　　　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jordan A. Kroop of Pachulski Stang Ziehl & Jones LLP, representing Appellee Official Committee of Unsecured Creditors in this action.

Dated:  January 9, 2025　　　　　　　　　　*/s/ Bradford J. Sandler*
　　　　　　　　　　　　　　　　　　　　　Bradford J. Sandler (DE Bar No. 4142)
　　　　　　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP
　　　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　　　　Email: bsandler@pszjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

　　　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Arizona and the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  January 9, 2025　　　　　　　　　　*/s/ Jordan A. Kroop*
　　　　　　　　　　　　　　　　　　　　　Jordan A. Kroop
　　　　　　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP
　　　　　　　　　　　　　　　　　　　　　780 Third Avenue, 34th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY  10017-2024
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 561-7700
　　　　　　　　　　　　　　　　　　　　　Email: jkroop@pszjlaw.com

**ORDER GRANTING MOTION**

　　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.