IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FRANCHISE GROUP INC., et al., | ) | Bankruptcy Case No.: 24-12480 (JTD) |
| | ) | Bankr. BAP No. 24-0072 |
| Debtors. | ) | |
| _____ | ) | |
| FREEDOM LENDER GROUP, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1394-TLA |
| | ) | (consolidated) |
| FRANCHISE GROUP INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

At Wilmington, Delaware, this **28th day of January 2025,**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned Judge issue an order withdrawing the matter from mediation.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE